**TEW v. BROWN**

[352 N.C. 145 (2000)]

ALLEN R. TEW, P.A. v. WILLIAM BROWN

No. 583PA99

(Filed 16 June 2000)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 135 N.C. App. 763, 522 S.E.2d 127 (1999), affirming an order for summary judgment entered by Corbett, J., on 29 October 1998 in District Court, Johnston County. Heard in the Supreme Court 18 May 2000.

*Tew & Atchison, P.A., by Allen R. Tew and Alexander R. Atchison, for plaintiff-appellee.*

*David S. Crump for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.